# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**XIANGLAN DONG**  CASE NO.  3:25-CV-01883 SEC P

**VERSUS**  JUDGE TERRY A. DOUGHTY

**PAMELA BONDI ET AL**  MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 14], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner, Jing Li, also known as Xianglan Dong's ("Petitioner") Petition for Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents, including the Warden of Richwood Correctional Center, must release Petitioner from custody, without bond, with all deliberate speed, taking into account necessary administrative processing during normal operating hours. Respondents may place Petitioner under reasonable conditions of supervision, to be established by an Immigrations and Customs Enforcement officer, if necessary. Respondents must notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release. Respondent, the Warden of Richwood Correctional Center, **must notify** the Court of Petitioner's release **within**

**24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1]

MONROE, LOUISIANA, this 11th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] In other words, it is the intent of the Court that Petitioner should not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.